# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH DECKER, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-2191 |
| v. | : | (JUDGE MANNION) |
| MICHAEL JORDAN and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | : | |
| | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's motion to remand, **(Doc. 6)**, is **DENIED**; and

**(2)** the stay entered by the court on December 21, 2017 is **HEREBY LIFTED**.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: January 4, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2191-01-ORDER.wpd